FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8764

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Viridiana MORALES-Salazar, | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

On August 22, 2008, within the Southern District of California, defendant Viridiana MORALES-Salazar did knowingly and intentionally import approximately 30.94 kilograms (68.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Cole Dotson, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25TH, DAY OF AUGUST 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Cole Dotson, declare under penalty of perjury, the following is true and correct:

On August 22, 2008, at approximately 1412 hours, Viridiana MORALES-Salazar entered the United States at the Calexico, California, West Port of Entry (POE). MORALES was sole occupant and driver of a silver, 2000 Dodge Intrepid, bearing BA/MX license plates 632SXS2.

In the primary lane, MORALES gave Customs and Border Protection Officer (CBPO) Morris a negative Customs declaration. CBPO Morris, performing routine queries, noticed that MORALES had two prior crossings in said vehicle, but at the San Luis POE. CBPO Morris questioned MORALES about the vehicle and MORALES' intentions for entering the United States. MORALES stated that she bought the vehicle two days ago and she was going to El Centro "to pick up a friend." Due to the recent purchase of the vehicle, minimal crossing history, and that MORALES entered via the Calexico POE instead of crossing San Luis POE to go to El Centro, he referred MORALES to the secondary vehicle lot for closer examination.

In the vehicle secondary lot, MORALES gave CBPO R. Mendibles a negative Customs declaration. MORALES told CBPO Mendibles that she was going to El Centro "to pick up a friend." CBPO Mendibles instructed MORALES to open the trunk of said vehicle. CBPO Mendibles reported that he noticed a "depth discrepancy behind the rear seat." CBPO Mendibles requested a canine inspection of the vehicle.

Border Patrol Agent O. Puentes performed a canine inspection on the vehicle with his canine Sprinter (NCF 120707). The canine alerted to the vehicle.

A subsequent inspection of the vehicle by CBPO Mendibles revealed 30 packages concealed in a non-factory compartment behind the backseat. CBPO Mendibles probed one of the packages and a sample of green leafy substance was obtained. The sample field-tested positive for marijuana. The 30 packages had a combined net weight of approximately 30.94 kilograms (68.07 pounds).

1   MORALES was placed under arrest and advised her Rights, per Miranda.
2   MORALES acknowledged her rights, waived her rights, and agreed to answer
3   questions.
4   MORALES stated that a friend introduced her to a man in Mexico whom she
5   agreed to drive the drug laden 2000 Dodge Intrepid from Mexico to Los Angeles,
6   California in exchange for $1,200. MORALES stated that she did not know the type, or
7   quantity of drugs in the vehicle. However, she stated that she thought it was marijuana.

Executed on August 23, 2008 at 2300 hours.

Special Agent Cole Dotson,
Immigration and Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this statement committed the offence on August 22, 2008 in violation of Title 21, United States Code, Section(s) 952 and 960.

Aug. 24, 2008 @ 6:06 a.m.
Date/Time

The Honorable Peter C. Lewis
United States Magistrate Judge